IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03334-STV

CARA FUNK

                Plaintiff

v.

IYASU, LLC

                Defendant

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

    The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: March 29, 2022        Respectfully,

                By:    ***/s/ R. Bruce Tharpe***
                          R. Bruce Tharpe

                     **LAW OFFICE OF
                     R. BRUCE THARPE, PLLC**
                     PO Box 101
                     Olmito, TX 78575
                     (956) 255-5111 (Tel)

                     ATTORNEY OF RECORD FOR
                     PLAINTIFF CARA FUNK

### CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the U.S. District Court of Colorado ECF system on 03/29/2022.

                                      ***/s/ R. Bruce Tharpe***
                                      R. Bruce Tharpe